No. 107, Misc. ROMANO *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

Nos. 108, Misc., and 109, Misc. INDELICATO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Peter L. F. Sabbatino* for petitioner. *Frank S. Hogan* and *Harold Roland Shapiro* for respondent.

No. 110, Misc. FOUTTY *v.* OHIO. Supreme Court of Ohio. Certiorari denied.

No. 111, Misc. SANDERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 114, Misc. MCNAIR *v.* WILKINS, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 117, Misc. JARRELL *v.* BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 120, Misc. BRADFORD *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 121, Misc. POLK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Graydon S. Staring* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 122, Misc. O'CONNOR *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.